UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| STEVE GROOVER, etc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-02388-HDM-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| CHICAGO TITLE INSURANCE COMPANY, etc., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on August 6, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __20th__ day of July, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge