# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE GROOVER, an individual, and LINDA GROOVER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, an Illinois corporation, DOES 1-X, inclusive,<br><br>Defendant(s). | CASE NO. 2:09-cv-02388-HDM-RJJ<br><br>ORDER GRANTING<br>***AMENDED* STIPULATION AND ORDER RE DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiffs, STEVE GROOVER and LINDA GROOVER, by and through their attorneys of record, Bailus Cook & Keleisis, Ltd. and Defendants, CHICAGO TITLE INSURANCE COMPANY, by and through its attorneys of record, Snell & Wilmer LLP, as follows:

## STIPULATION

The parties stipulate and agree that a settlement has been reached as follows:

1. The parties have executed a Settlement Agreement and Mutual Release setting forth the terms and conditions of the settlement between the parties;

2. The parties agree that the matter shall be dismissed with prejudice and that the respective parties will bear their own attorneys' fees, expenses, and costs associated with this action;

3. The parties agree that this court shall retain jurisdiction over this matter to ensure compliance with the Settlement Agreement and Mutual Release and to enforce Settlement Agreement and Mutual Release should either party request the court do so; and

4. The parties agree that the jury trial shall be vacated and all other dates removed from the Court's calendar.

Dated: January 20, 2011

_____
Marc P. Cook, Esq.
Julie L. Sanpei, Esq.
BAILUS COOK & KELESIS, LTD.
400 South Fourth Street, Suite 300
Las Vegas, NV 89101
Telephone: (702) 737-7702
Facsimile: (702) 737-7712
Attorneys for Plaintiffs

Dated: January 21, 2011

_____
Patrick G. Byrne
Nevada Bar No. 7636
Paul W. Shakespear
Nevada Bar No. 10752
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Attorneys for Defendant

**IT IS SO ORDERED.**

DATED: January 21, 2011

_____
DISTRICT COURT JUDGE

-2-